05-10108-001 T

# SEALED

# DOCUMENT

Entered on the Docket Sheet on 12/30/05

Copies of Document mailed on 12/30/05 to:

AUSA Cam Jones

Attorney Jim Price

6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CR-10108 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

James W. Price
PRICE, RODGERS, HILL and KOLARICH
315 Deaderick Street
Ste 1230, Am South Center
Nashville, TN 37238--123

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT