IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

UNITED STATES OF AMERICA,

Plaintiff,

v.

Cr. No. 05-10108-T/An

TONY RAY FRANKLIN,

Defendant.

05 DEC 30 PM 2:32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

### ORDER ON ARRAIGNMENT

This cause came to be heard on December 30, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained:

NAME:      James W. Price, Jr.
ADDRESS:   Ste. 1230, AmSouth Ctr.
           Nashville, TN  37238-1230
TELEPHONE: 615-244-5772

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, who is not in custody, may stand on his present bond.

S. THOMAS ANDERSON
United States Magistrate Judge

Charges:    medicare fraud

Assistant U.S. Attorney assigned to case: Jones

Rule 32 was: _____ waived _____ not waived.

Defendant's age: _51_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CR-10108 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

James W. Price
PRICE, RODGERS, HILL and KOLARICH
315 Deaderick Street
Ste 1230, Am South Center
Nashville, TN 37238--123

Cam Towers Jones
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT